TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00223-CR







Albert Camacho, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 94-275-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING







PER CURIAM


 This is an appeal from an order of the district court denying bail pending appeal. 
Tex. Code Crim. Proc. Ann. art. 44.04(g) (West Supp. 1995). Appellant has filed a motion to
dismiss the appeal. Tex. R. App. P. 59. The motion is granted and the appeal is dismissed.


Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: May 24, 1995

Do Not Publish